```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YONY SOSA, ON BEHALF OF HIMSELF                             :
AND ALL OTHER PERSONS SIMILARLY                             :
SITUATED,                                                   :
                                                            :            22-CV-7430 (VSB)
                                      Plaintiffs,           :
                                                            :                 ORDER
                    -against-                               :
                                                            :
THE FIRST OF LONG ISLAND                                    :
CORPROATION,                                                :
                                                            :
                                      Defendant.            :
                                                            :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiffs filed this action on August 30, 2022, (Doc. 1), and filed an affidavit of service on September 22, 2022, (Doc. 6). The deadline for Defendant(s) to respond to Plaintiff's/s' complaint was October 7, 2022. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 31, 2022. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  October 25, 2022
        New York, New York

*[signature: Vernon Broderick]*

VERNON S. BRODERICK
United States District Judge